Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 50186 | **DATE** | 9/25/2001 |
| **CASE TITLE** | DeKalb Genetics Corp. vs. Pioneer Hi-Bred International, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, Monsanto's appeal of Magistrate Judge Mahoney's order granting Pioneer's request for document production and depositions in the '98 case is denied and the Magistrate's ruling is accepted.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| X | Notices mailed by judge's staff. | | SEP 2 5 2001 | 263 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | CLERK | 9-25-01 | |
| /SEC | courtroom deputy's initials | 2001 SEP 25 AM 11:19 | date mailed notice | |
| | | Date/Time received in central Clerk's Office | mailing deputy initials | |

## MEMORANDUM OPINION AND ORDER

On August 27, 2001, in Case No. 98-50186, Magistrate Judge Mahoney ordered Monsanto to produce documents for inspection and produce certain witnesses for deposition by Pioneer. On September 10, 2001, Monsanto appealed Magistrate Mahoney's Order. Pioneer has not filed an opposition to Monsanto's appeal.

For the reasons stated in the hearing transcript on August 27, 2001, Magistrate Judge Mahoney's decision is accepted. Judge Mahoney's decision to grant Pioneer's request for discovery is not clearly erroneous or contrary to law pursuant to Federal Rule of Civil Procedure 72(a). As Monsanto was ordered to produce substantial documents by September 18, 2001 and make its witnesses available for deposition by Pioneer and since that date has passed, we remand to the Magistrate Judge to consider this schedule.