Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 50186 | **DATE** | 9/25/2001 |
| **CASE TITLE** | DeKalb Genetics Corporation vs. Pioneer Hi-Bred International, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____ .

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____ .

(4) ☐ Ruling/Hearing on _____ set for _____ at _____ .

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .

(7) ☐ Trial[set for/re-set for] on _____ at _____ .

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____ .

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, Monsanto's appeal of Magistrate Judge Mahoney's order denying Monsanto's motion for protective order is denied and the Magistrate's ruling is accepted.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| X | Notices mailed by judge's staff. | SEP 25 2001 date docketed | |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | 264 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 9-25-01 | |
| /SEC | courtroom deputy's initials | 2001 SEP 25 AM 11:19  Date/time received in central Clerk's Office | date mailed notice  SW  mailing deputy initials |

# MEMORANDUM OPINION AND ORDER

On July 13, 2001, Pioneer served Monsanto with discovery in the 98-50186 patent infringement case filed by DeKalb. On July 20, 2001, Monsanto filed a motion to quash Pioneer's subpoenas and filed a motion for a protective order concerning Pioneer's document requests. Magistrate Judge Mahoney denied Monsanto's motion for a protective order in a hearing on July 24, 2001.

Monsanto has appealed the Magistrate's ruling and Pioneer opposes Monsanto's appeal. For the reasons indicated by Judge Mahoney during the July 24, 2001 hearing, and pursuant to Federal Rule of Civil Procedure 72(a), Monsanto's motion for a 26(c) protective order is denied. The Magistrate's ruling is not clearly erroneous or contrary to law; therefore, Monsanto's appeal is denied and the Magistrate's ruling is accepted.